IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

   Plaintiff,      No. CIV S-06-1476 LKK DAD P

 vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

   Defendants.   ORDER

            /

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   Plaintiff's in forma pauperis application is not complete. The certificate section of the form has not been completed and signed by an authorized officer, and the trust account statement attached to the application is not a certified copy. See 28 U.S.C. § 1915(a). The defective application will be denied, and plaintiff will be granted thirty days to submit a properly completed application to proceed in forma pauperis.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Plaintiff's July 3, 2006 application to proceed in forma pauperis is denied without prejudice;

1

2. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application to be used by a prisoner in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis; any request for an extension of time must be submitted prior to the expiration of the thirty-day period; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 7, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
soto1476.3c

2